B1 (Official Form 1)(4/10)

## United States Bankruptcy Court
### Central District of California - San Fernando

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Krystal Air, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**33-0803995** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2701 E. Imperial Highway**<br>**Brea, CA**<br>ZIP Code **92821** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**Van Nuys Airport**<br>**16461 Sherman Way**<br>**Van Nuys, CA 91406** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Krystal Air, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
   Signature of Attorney for Debtor(s)     (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Krystal Air, LLC |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)
**Ron Bender 143364**
Printed Name of Attorney for Debtor(s)
**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Address

_____
Telephone Number
November 2, 2010   143364
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Edward Grech**
Printed Name of Authorized Individual
**Trustee of Grech Family Trust, Manager of Debtor**
Title of Authorized Individual
Nov 2, 2010
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California - San Fernando

In re  **Krystal Air, LLC**
Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GE Capital<br>PO Box 64387<br>Pittsburgh, PA 15264-3897 | GE Capital<br>PO Box 64387<br>Pittsburgh, PA 15264-3897<br>(412) 278-4850 | | | Unknown Unsecured Deficiency Claim but estimated to be in Top 20 Unsecured. |
| L.A. County Tax Collector<br>225 N. Hill Street, #122<br>Los Angeles, CA 90012 | L.A. County Tax Collector<br>225 N. Hill Street, #122<br>Los Angeles, CA 90012<br>(213) 893-7935 | taxes | | 119,383.53 |
| Epic Aviation, LLC<br>295 McLaws Circle, Suite One<br>Williamsburg, VA 23185 | Epic Aviation, LLC<br>295 McLaws Circle, Suite One<br>Williamsburg, VA 23185<br>(800) 752-9220 | trade | | 32,423.56<br><br>(0.00 secured) |
| JSSI<br>180 N. Stetson, Suite 29<br>Chicago, IL 60601 | JSSI<br>180 N. Stetson, Suite 29<br>Chicago, IL 60601<br>(800) 622-6266 | trade | | 32,066.14 |
| Sentinent Flight Group, LLC<br>295 McLaws Circle, Suite One<br>Williamsburg, VA 23185 | Sentinent Flight Group, LLC<br>295 McLaws Circle, Suite One<br>Williamsburg, VA 23185<br>(866) 602-0044 | trade | | 16,105.06<br><br>(0.00 secured) |
| B of A Business Card<br>P.O. Box 15184<br>Wilmington, DE 19850 | Bank of America Business Card<br>P.O. Box 15184<br>Wilmington, DE 19850<br>(800) 673-1044 | company credit card | | 11,835.58 |
| Honeywell<br>21111 N. 19th Avenue<br>Phoenix, AZ 85027 | Honeywell<br>21111 N. 19th Avenue<br>Phoenix, AZ 85027<br>(602) 436-6738 | trade | | 5,786.00 |
| Banyan Air Services, Inc.<br>5360 NW 20th Terrace<br>Ft. Lauderdale, FL 33309 | Banyan Air Services, Inc.<br>5360 NW 20th Terrace<br>Ft. Lauderdale, FL 33309<br>(954) 491-3170 | trade | | 3,927.00<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  Krystal Air, LLC                              Case No. _____

                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Universal Weather & Aviation, Inc.<br>8787 Tallyho<br>Houston, TX 77061 | Universal Weather & Aviation, Inc.<br>8787 Tallyho<br>Houston, TX 77061<br>(713) 944-1622 | trade | | 3,439.30<br><br>(0.00 secured) |
| Lovitt & Touche<br>7202 E. Rosewood, #200<br>Tucson, AZ 85710 | Lovitt & Touche<br>7202 E. Rosewood, #200<br>Tucson, AZ 85710<br>(520) 722-3000 | insurance | | 3,429.30 |
| Corporate Air Parts, Inc.<br>7641 Densmore Avenue<br>Van Nuys, CA 91406 | Corporate Air Parts, Inc.<br>7641 Densmore Avenue<br>Van Nuys, CA 91406<br>(818) 997-0512 | trade | | 1,050.00<br><br>(0.00 secured) |
| T-Mobile<br>12920 SE 38th St<br>Bellevue, WA 98006 | T-Mobile<br>12920 SE 38th St<br>Bellevue, WA 98006<br>(425) 378-4000 | utilities | | 1,028.69 |
| Aircell Bus. Aviation Services, LLC<br>Department 1371<br>Denver, CO 80256 | Aircell<br>230 Winston St<br>Los Angeles, CA 90013<br>(213) 620-1903 | utility | | 189.05 |
| Solomon, Winnett & Rosenfield<br>11777 San Vicente Blvd., #777<br>Los Angeles, CA 90049 | Solomon, Winnett & Rosenfield<br>11777 San Vicente Blvd., #777<br>Los Angeles, CA 90049<br>(310) 207-2595 | accounting services | | 140.00 |
| Verizon Wireless<br>15505 Sand Canyon Ave<br>Irvine, CA 92618 | Verizon Wireless<br>15505 Sand Canyon Ave<br>Irvine, CA 92618<br>(949) 286-7000 | utility | | 61.00 |
| Aerlex Law Group<br>2800 28th St # 200<br>Santa Monica, CA 90405 | Aerlex Law Group<br>2800 28th St # 200<br>Santa Monica, CA 90405<br>(310) 392-5200 | | | Unknown |
| Frandzel, Robins, Bloom & Csato<br>6500 Wilshire Blvd # 1700<br>Los Angeles, CA 90048 | Frandzel, Robins, Bloom & Csato<br>6500 Wilshire Blvd # 1700<br>Los Angeles, CA 90048<br>(323) 852-1757 | | | Unknown |
| Fred Muller, Esq.<br>15915 Ventura Blvd. #203<br>Encino, CA 91436 | Fred Muller, Esq.<br>15915 Ventura Blvd. #203<br>Encino, CA 91436<br>(818) 788-5552 | | | Unknown |
| Gulfstream<br>500 Gulfstream Road<br>Savannah, GA 31407 | Gulfstream<br>500 Gulfstream Road<br>Savannah, GA 31407<br>(912) 965-3250 | | | Unknown |
| Jeppeson<br>55 Inverness Drive East<br>Englewood, CO 80112 | Jeppeson<br>55 Inverness Drive East<br>Englewood, CO 80112<br>(800) 621-5377 | | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  Krystal Air, LLC
_____
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Trustee of Grech Family Trust, Manager of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  Nov 2, 2010    Signature  /s/ Edward Grech
                                Edward Grech
                                Trustee of Grech Family Trust, Manager of Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
Central District of California

In re    Krystal Air, LLC
                                    Debtor

Case No. _____

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Grech Family Trust<br>2701 E. Imperial Highway<br>Brea, CA 92821 | | 99.9% | Membership |
| Krystal Koach, Inc.<br>2701 E. Imperial Highway<br>Brea, CA 92821 | | 0.1% | Membership |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Trustee of Grech Family Trust, Manager of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  Nov 2, 2010    Signature _____
                                    Edward Grech
                                    Trustee of Grech Family Trust, Manager of Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)　　　　　　　　　　　　　　2005 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name　　Ron Bender 143364

Address　　10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067

Telephone　_____

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names used by Debtor(s) within last 8 years: Krystal Air, LLC | Case No.: |
|---|---|
| | Chapter: 11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: Nov 2, 2010

Edward Grech/Trustee of Grech Family Trust, Manager of Debtor
Signer/Title

Date: Nov. 2, 2010

Signature of Attorney
Ron Bender 143364
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

Krystal Air, LLC
2701 E. Imperial Highway
Brea, CA 92821


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee - San Fernando Valley
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367


Aerlex Law Group
2800 28th St # 200
Santa Monica, CA 90405


Aircell Bus. Aviation Services, LLC
Department 1371
Denver, CO 80256


B of A Business Card
P.O. Box 15184
Wilmington, DE 19850


Banyan Air Services, Inc.
5360 NW 20th Terrace
Ft. Lauderdale, FL 33309


Corporate Air Parts, Inc.
7641 Densmore Avenue
Van Nuys, CA 91406

Edward Grech
2701 E. Imperial Highway
Brea, CA 92821


Epic Aviation, LLC
295 McLaws Circle, Suite One
Williamsburg, VA 23185


Frandzel, Robins, Bloom & Csato
6500 Wilshire Blvd # 1700
Los Angeles, CA 90048


Fred Muller, Esq.
15915 Ventura Blvd. #203
Encino, CA 91436


GE Capital
PO Box 64387
Pittsburgh, PA 15264-3897


Gulfstream
500 Gulfstream Road
Savannah, GA 31407


Honeywell
21111 N. 19th Avenue
Phoenix, AZ 85027


Jeppeson
55 Inverness Drive East
Englewood, CO 80112

```
Jet Edge
16135 Cohasset Street
Van Nuys, CA 91406


JSSI
180 N. Stetson, Suite 29
Chicago, IL 60601


L.A. County Tax Collector
225 N. Hill Street, #122
Los Angeles, CA 90012


Lovitt & Touche
7202 E. Rosewood, #200
Tucson, AZ 85710


McDermott, Will & Emery
2049 Century Park East
Los Angeles, CA


Sentinent Flight Group, LLC
295 McLaws Circle, Suite One
Williamsburg, VA 23185


Solomon, Winnett & Rosenfield
11777 San Vicente Blvd., #777
Los Angeles, CA 90049


T-Mobile
12920 SE 38th St
Bellevue, WA 98006
```

Universal Weather & Aviation, Inc.
8787 Tallyho
Houston, TX 77061


Verizon Wireless
15505 Sand Canyon Ave
Irvine, CA 92618


Western Jet Aviation
16101 Saticoy Street, 901 Hangar
Van Nuys, CA 91406

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ron Bender<br>Levene, Neale, Bender, Yoo & Brill LLP<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br><br>143364<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Krystal Air, LLC<br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists       Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Other: _____     Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     Nov 2, 2010
Signature of Authorized Signatory of Filing Party     Date

**Edward Grech**
*Printed Name of Authorized Signatory of Filing Party*

**Chief Executive Officer and President**
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     November 2, 2010
Signature of Attorney for Filing Party       Date

**Ron Bender 143364**
*Printed Name of Attorney for Filing Party*

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ron Bender<br>10250 Constellation Blvd,<br>Suite 1700<br>Los Angeles, CA 90067<br><br>California State Bar Number: 143364<br><br>*Attorney for Debtor* | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Krystal Air, LLC<br><br>                    Debtor(s),<br>                    Plaintiff(s),<br>                    Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER:   11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Ron Bender 143364**, the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:

   ☐ I am the president or other officer or an authorized agent of the debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ■ I am the attorney for the debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   *[For additional names, attach an addendum to this form.]*

b.  ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____                    November 2, 2010
Signature of Attorney or Declarant            Date

**Ron Bender 143364**
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                                                                           F 1007-4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy