B6F (Official Form 6F) (12/07)

In re  **Krystal Air, LLC**                                ,                                    Case No.  **1:10-bk-23983**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Aerlex Law Group**<br>**2800 28th St # 200**<br>**Santa Monica, CA 90405** | - | | | | | | 0.00 |
| Account No.<br><br>**Aircell Bus. Aviation Services, LLC**<br>**Department 1371**<br>**Denver, CO 80256** | - | | | | | | 189.05 |
| Account No.<br><br>**B of A Business Card**<br>**P.O. Box 15184**<br>**Wilmington, DE 19850** | - | | | | | | 11,835.58 |
| Account No.<br><br>**Edward Grech**<br>**2701 E. Imperial Highway**<br>**Brea, CA 92821** | - | | | | | | 3,640,000.00 |

__3__ continuation sheets attached

Subtotal (Total of this page)  **3,652,024.63**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:26717-101012    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Krystal Air, LLC**, Case No. **1:10-bk-23983**
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Frandzel, Robins, Bloom & Csato** 6500 Wilshire Blvd # 1700 Los Angeles, CA 90048 | - | | | | | | 0.00 |
| Account No. **Fred Muller, Esq.** 15915 Ventura Blvd. #203 Encino, CA 91436 | - | | | | | | 0.00 |
| Account No. **Gulfstream** 500 Gulfstream Road Savannah, GA 31407 | - | | | | | X | 3,140.70 |
| Account No. **Honeywell** 21111 N. 19th Avenue Phoenix, AZ 85027 | - | | | | | | 5,786.00 |
| Account No. **Jeppeson** 55 Inverness Drive East Englewood, CO 80112 | - | | | | | | 0.00 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,926.70**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Krystal Air, LLC**                                                                     ,      Case No.   **1:10-bk-23983**
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Jet Edge**<br>**16135 Cohasset Street**<br>**Van Nuys, CA 91406** | - | | | | | | **Unknown** |
| Account No.<br>**JSSI**<br>**180 N. Stetson, Suite 29**<br>**Chicago, IL 60601** | - | | | | | | **54,624.06** |
| Account No.<br>**Lovitt & Touche**<br>**7202 E. Rosewood, #200**<br>**Tucson, AZ 85710** | - | | | | | | **0.00** |
| Account No.<br>**McDermott, Will & Emery**<br>**2049 Century Park East**<br>**Los Angeles, CA** | - | | | | | | **0.00** |
| Account No.<br>**Solomon, Winnett & Rosenfield**<br>**11777 San Vicente Blvd., #777**<br>**Los Angeles, CA 90049** | - | | | | | | **140.00** |

Sheet no.  **2**   of   **3**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **54,764.06**

B6F (Official Form 6F) (12/07) - Cont.

In re **Krystal Air, LLC**, Case No. **1:10-bk-23983**
    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**T-Mobile**<br>**12920 SE 38th St**<br>**Bellevue, WA 98006** | | - | | | | | 1,028.69 |
| Account No.<br>**Verizon Wireless**<br>**15505 Sand Canyon Ave**<br>**Irvine, CA 92618** | | - | | | | | 61.00 |
| Account No.<br>**Western Jet Aviation**<br>**16101 Saticoy Street, 901 Hangar**<br>**Van Nuys, CA 91406** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,089.69**

Total (Report on Summary of Schedules)   **3,716,805.08**