RON BENDER (SBN 143364)
GWENDOLEN D. LONG (CA admission pending)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com, gdl@lnbyb.com

Attorneys for Chapter 11 Debtor
And Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(SAN FERNANDO VALLEY DIVISION)

| | |
|---|---|
| In re | ) Case No. 1:10-bk-23983-MT |
| KRYSTAL AIR, LLC, | ) Chapter 11 |
| Debtor. | ) **NOTICE OF HEARING TO CONSIDER ADEQUACY OF DISCLOSURE STATEMENT DESCRIBING DEBTOR'S PLAN OF REORGANIZATION** |
| | ) Date: April 7, 2011<br>) Time: 1:00 p.m.<br>) Place: Courtroom "302"<br>) 21041 Burbank Blvd.<br>) Woodland Hills, CA |

TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

1

1     **PLEASE TAKE NOTICE** that a hearing will be held on April 27, 2011 at 1:00 p.m. before the Honorable Maureen Tighe, United States Bankruptcy Judge for the Central District of California, in Courtroom 302 located at 21041 Burbank Boulevard, Woodland Hills, California, for the Court to consider approval of the Disclosure Statement (the "Disclosure Statement") which describes the Chapter 11 Plan of Reorganization (the "Plan") proposed by Krystal Air, LLC, debtor and debtor in possession (the "Debtor") in the above-referenced bankruptcy case.

    **PLEASE TAKE FURTHER NOTICE** that upon approval of the Disclosure Statement by the Court, and without taking any further action, all parties in interest will receive a copy of the Disclosure Statement, the Plan and a ballot for voting on the Plan.

    **PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement and the Plan are on file with the Clerk of the Bankruptcy Court and may be viewed and/or photocopied during regular business hours, Monday through Friday. In addition, any party in interest may request a copy of the Disclosure Statement prior to the hearing on the Disclosure Statement provided such request must be in writing and sent to counsel for the Debtor, whose name, address and fax number appear at the top, left-hand corner of the first page of this Notice.

    **PLEASE TAKE FURTHER NOTICE** that any party who wishes to assert an objection to the Disclosure Statement must file a timely written objection with the Clerk of the Bankruptcy Court

1  fourteen (14) calendar days before the scheduled hearing and
2  serve such objection on counsel for the Debtor, whose name,
3  address and fax number appear at the top, left-hand corner of
4  the first page of this Notice, the Office of the United States
5  Trustee and all other parties entitled to service.
6      **PLEASE TAKE FURTHER NOTICE** that the failure to file and
7  serve a timely opposition to Court approval of the Disclosure
8  Statement may be deemed by the Court to constitute consent to
9  Court approval of the Disclosure Statement.
10
11 Dated: February 9, 2011          KRYSTAL AIR, LLC
12
13                                  By: /s/ Ron Bender
14                                      RON BENDER
                                        GWENDOLEN D. LONG
15                                      LEVENE, NEALE, BENDER, YOO
                                        & BRILL L.L.P.
16                                      Attorneys for Chapter 11
                                        Debtor and Debtor in
17                                      Possession
18
19
20
21
22
23
24
25
26
27
28

| In re: | | CHAPTER 11 |
|---|---|---|
| KRYSTAL AIR, LLC, | | |
| | Debtor(s). | CASE NO. 1:10-bk-23983 |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as: **NOTICE OF HEARING TO CONSIDER ADEQUACY OF DISCLOSURE STATEMENT DESCRIBING DEBTOR'S PLAN OF REORGANIZATION**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 9, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Service information on attached page [X]

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL OR ATTORNEY SERVICE:** On **February 9, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service and/or by attorney service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**BY ATTORNEY SERVICE**
Hon. Maureen A. Tighe
U. S. Bankruptcy Court
San Fernando Valley Division
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367

**BY ATTORNEY SERVICE**
U. S. Trustee
United States Trustee (SV)
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

Service information on attached page [X]

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Service information on attached page [ ]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 9, 2011 | TRISH MELENDEZ | _/s/_ |
|---|---|---|
| Date | Type Name | Signature |

4712

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Ron Bender    rb@lnbrb.com
- Katherine Bunker    kate.bunker@usdoj.gov
- Michael Garabed    mgarabed@reedsmith.com, egallagher@reedsmith.com
- Eric H Geffner    egeffner@lsl-la.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- Christopher O Rivas    crivas@reedsmith.com
- Thomas E Shuck    malvarado@pmcos.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL**

[See attached Service List]

4712

Krystal Air, LLC
MML labels
4712
RSN/SECURED CREDITORS
20 LARGEST/ALL CREDITORS

Krystal Air, LLC
2701 E. Imperial Highway
Brea, CA 92821

U.S. Trustee
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

GE Capital
PO Box 64387
Pittsburgh, PA 15264-3897

Western Jet Aviation
16101 Saticoy Street, 901 Hangar
Van Nuys, CA 91406

Verizon Wireless
15505 Sand Canyon Ave
Irvine, CA 92618

Universal Weather & Aviation, Inc.
8787 Tallyho
Houston, TX 77061

T-Mobile
12920 SE 38th St
Bellevue, WA 98006

Solomon, Winnett & Rosenfield
11777 San Vicente Blvd., #777
Los Angeles, CA 90049

Sentinent Flight Group, LLC
295 McLaws Circle, Suite One
Williamsburg, VA 23185
[Return to Sender-Unable to Forward]

McDermott, Will & Emery
2049 Century Park East
Los Angeles, CA

Lovitt & Touche
7202 E. Rosewood, #200
Tucson, AZ 85710

L.A. County Tax Collector
225 N. Hill Street, #122
Los Angeles, CA 90012

JSSI
180 N. Stetson, Suite 29
Chicago, IL 60601

Jet Edge
16135 Cohasset Street
Van Nuys, CA 91406

Jeppeson
55 Inverness Drive East
Englewood, CO 80112

Honeywell
21111 N. 19th Avenue
Phoenix, AZ 85027

Gulfstream
500 Gulfstream Road
Savannah, GA 31407

Fred Muller, Esq.
15915 Ventura Blvd. #203
Encino, CA 91436

Frandzel, Robins, Bloom & Csato
6500 Wilshire Blvd # 1700
Los Angeles, CA 90048

Epic Aviation, LLC
295 McLaws Circle, Suite One
Williamsburg, VA 23185
[Return to Sender-Unable to Forward]

L.A. County Treasurer & Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110
Attn: Man-Ling Kuo,
Tax Services Clerk I

Corporate Air Parts, Inc.
7641 Densmore Avenue
Van Nuys, CA 91406

Banyan Air Services, Inc.
5360 NW 20th Terrace
Ft. Lauderdale, FL 33309

B of A Business Card
P.O. Box 15184
Wilmington, DE 19850

Aircell Bus. Aviation Services, LLC
Department 1371
Denver, CO 80256

Aerlex Law Group
2800 28th St # 200
Santa Monica, CA 90405

Levy, Small & Lallas
*Counsel to GE Capital*
815 Moraga Drive
Los Angeles, CA 90049
 Attn: Leo D. Plotkin, Esq.

Parker, Milliken, Clark, O'Hara & Samuelian
 Counsel to *Wells Fargo Equip. Finance*
555 S. Flower St., 30th Fl.
Los Angeles, CA 90071-2440