RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
GWENDOLEN D. LONG (CA admission pending)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email:  rb@lnbyb.com, bry@lnbyb.com, gdl@lnbyb.com

Attorneys for Chapter 11 Debtor
And Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(SAN FERNANDO VALLEY DIVISION)

| | |
|---|---|
| In re<br><br>KRYSTAL AIR, LLC,<br><br>　　　　　Debtor. | Case No. 1:10-bk-23983-MT<br><br>Chapter 11<br><br>**STIPULATION CONTINUING HEARING RE: MOTION FOR RELIEF FROM STAY, SUPPLEMENTAL CASH COLLATERAL MOTION AND DEBTOR'S DISCLOSURE STATEMENT**<br><br>Date:　　April 26, 2011<br>Time:　　9:30 a.m.<br>Place:　　Courtroom 302<br>　　　　　21041 Burbank Blvd.<br>　　　　　Woodland Hills, CA |

Krystal Air, LLC, the Chapter 11 debtor and debtor in possession in the above-captioned case (the "Debtor"), and secured creditor VFS Financing, Inc. (together with General Electric Capital Solutions, General Electric Capital Corporation, and any after acquiring lender, including PNC Bank, N.A., collectively, the "Lender") hereby enter into this Stipulation with reference to the following:

A. The Debtor commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on November 3, 2010. The Debtor continues to operate its business, manage its financial affairs and operate its bankruptcy estate as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

B. On or about November 18, 2010, the Lender filed its Motion for Relief from Stay [Docket No. 33] (the "Motion").

C. On or about October 19, 2010, the Court set a preliminary hearing on the Motion for November 29, 2010.

D. At the hearing held on November 29, 2010, the Court, among other things, scheduled an evidentiary hearing on the Motion to be held at 9:00 a.m. on December 20, 2010 (the "Relief from Stay Hearing"). The Relief from Stay Hearing was later continued to January 31, 2011 with an accompanying extension of the respective briefing schedule by stipulation of both parties (the "First Stipulation"). The First Stipulation was approved by the Court on December 13, 2010 [Docket No. 66].

E. In accordance with the briefing schedule set forth in the First Stipulation, on or about January 17, 2011, the Debtor filed its opposition to the Motion (the "Opposition").

F. Pursuant to the First Stipulation, the Lender's reply to the Debtor's Opposition (the "Reply") was due January 24, 2011. Through several subsequent stipulations, the parties agreed to extend the Reply deadline to January 27, 2011, then February 7, 2011 and finally February 9, 2011. The Lender filed its Reply and supporting documentation on February 9, 2011 [Docket Nos. 91-94].

2

G.  As part of the forgoing stipulations, the parties further stipulated to continue the Relief from Stay Hearing to February 14, 2011.

H.  On February 11, 2011, the Debtor filed its *Supplemental Motion for Order Authorizing Debtor to Continue Using Cash Collateral* [Docket No. 98] (the "Supplemental Cash Collateral Motion"), intended to be heard at the February 14, 2011 hearing.

I.  Both the hearing on the Supplemental Cash Collateral Motion and the Relief from Stay Hearing were further continued by stipulation of the parties as approved by the Court, and are presently scheduled to be heard on April 8, 2011 at 11:00 a.m.

J.  On February 8, 2011, the Debtor filed its *Disclosure Statement* [Docket No. 86] (the "Disclosure Statement") describing its concurrently filed *Chapter 11 Plan of Reorganization* [Docket No. 87]. The Disclosure Statement was set for hearing on April 7, 2011 at 1:00 p.m.

K.  The parties are continuing the process of documenting a settlement agreement and preparing a motion for the Court's approval of the agreement. In order to allow for the documentation to proceed, the Debtor and the Lender have since agreed to enter into this Stipulation to provide for a further continuation of the hearings with respect to the Relief from Stay Motion, the Supplemental Cash Collateral Motion and the Disclosure Statement.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

The Relief from Stay Hearing and the hearing on the Supplemental Cash Collateral Motion and Disclosure Statement are continued until April 26, 2011 at 9:30 a.m.

Dated: April 5, 2011            LEVENE, NEALE, BENDER, YOO
                                & BRILL L.L.P.


                                By: */s/  Ron Bender*
                                    RON BENDER
                                    BETH ANN R. YOUNG
                                    GWENDOLEN D. LONG
                                    Attorneys for Chapter 11
                                    Debtor and Debtor in
                                    Possession Krystal Air, LLC

Agreed:

Dated: April 5, 2011            LEVY, SMALL & LALLAS


                                By: */s/  Leo Plotkin*
                                    LEO D. PLOTKIN
                                    Attorneys for the Lender

| In re: | | CHAPTER 11 |
|---|---|---|
| KRYSTAL AIR, LLC, | Debtor(s). | CASE NO. 1:10-bk-23983 |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as: **STIPULATION CONTINUING HEARING RE: MOTION FOR RELIEF FROM STAY, SUPPLEMENTAL CASH COLLATERAL MOTION AND DEBTOR'S DISCLOSURE STATEMENT**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 6, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Service information on attached page [X]

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL OR ATTORNEY SERVICE:** On **April 6, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service and/or by attorney service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***BY ATTORNEY SERVICE***
Hon. Maureen A. Tighe
U. S. Bankruptcy Court
San Fernando Valley Division
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367

***BY U.S. MAIL***
*Attorneys for Lender*
Leo D. Plotkin, Esq.
Levy Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049

Service information on attached page [ ]

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Service information on attached page [ ]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 6, 2011 | TRISH MELENDEZ | /s/ Trish Melendez |
|---|---|---|
| Date | Type Name | Signature |

4712

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Ron Bender   rb@lnbrb.com
- Katherine Bunker   kate.bunker@usdoj.gov
- Michael Garabed   mgarabed@reedsmith.com, egallagher@reedsmith.com
- Eric H Geffner   egeffner@lsl-la.com
- Leo D Plotkin   lplotkin@lsl-la.com, dsmall@lsl-la.com
- Christopher O Rivas   crivas@reedsmith.com
- Thomas E Shuck   malvarado@pmcos.com
- United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov

4712