RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
GWENDOLEN D. LONG (CA admission pending)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com, bry@lnbyb.com, gdl@lnbyb.com

Attorneys for Chapter 11 Debtor
And Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(SAN FERNANDO VALLEY DIVISION)

| | |
|---|---|
| In re | ) Case No. 1:10-bk-23983-MT |
| | ) |
| KRYSTAL AIR, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) **STIPULATION CONTINUING HEARING** |
| | ) **RE: MOTION FOR RELIEF FROM STAY,** |
| | ) **SUPPLEMENTAL CASH COLLATERAL** |
| | ) **MOTION AND DEBTOR'S DISCLOSURE** |
| | ) **STATEMENT** |
| | ) |
| | ) |
| | ) Date: May 2, 2011 |
| | ) Time: 10:00 a.m. |
| | ) Place: Courtroom 302 |
| | ) 21041 Burbank Blvd. |
| | ) Woodland Hills, CA |
| | ) |

Krystal Air, LLC, the Chapter 11 debtor and debtor in possession in the above-captioned case (the "Debtor"), and secured creditor VFS Financing, Inc. (together with General Electric Capital Solutions, General Electric Capital Corporation, and any after acquiring lender, including PNC Bank, N.A., collectively, the "Lender") hereby enter into this Stipulation with reference to the following:

1

4712

A.    The Debtor commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on November 3, 2010.   The Debtor continues to operate its business, manage its financial affairs and operate its bankruptcy estate as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

B.    On or about November 18, 2010, the Lender filed its Motion for Relief from Stay [Docket No. 33] (the "Motion").

C.    On or about October 19, 2010, the Court set a preliminary hearing on the Motion for November 29, 2010.

D.    At the hearing held on November 29, 2010, the Court, among other things, scheduled an evidentiary hearing on the Motion to be held at 9:00 a.m. on December 20, 2010 (the "Relief from Stay Hearing").   The Relief from Stay Hearing was later continued to January 31, 2011 with an accompanying extension of the respective briefing schedule by stipulation of both parties (the "First Stipulation"). The First Stipulation was approved by the Court on December 13, 2010 [Docket No. 66].

E.    In accordance with the briefing schedule set forth in the First Stipulation, on or about January 17, 2011, the Debtor filed its opposition to the Motion (the "Opposition").

F.    Pursuant to the First Stipulation, the Lender's reply to the Debtor's Opposition (the "Reply") was due January 24, 2011.   Through several subsequent stipulations, the parties agreed to extend the Reply deadline to January 27, 2011, then February 7, 2011 and finally February 9, 2011.   The Lender filed its Reply and supporting documentation on February 9, 2011 [Docket Nos. 91-94].

2

4712

1

2      G.   As part of the forgoing stipulations, the parties

3  further stipulated to continue the Relief from Stay Hearing to

4  February 14, 2011.

5      H.   On   February   11,   2011,   the   Debtor   filed   its

6  *Supplemental Motion for Order Authorizing Debtor to Continue*

7  *Using Cash Collateral* [Docket No. 98] (the "Supplemental Cash

8  Collateral Motion"), intended to be heard at the February 14,

9  2011 hearing.

10     I.   On February 8, 2011, the Debtor filed its *Disclosure*

11 *Statement*   [Docket   No.   86]   (the   "Disclosure   Statement")

12 describing   its   concurrently   filed   *Chapter   11   Plan   of*

13 *Reorganization* [Docket No. 87].   The Disclosure Statement was

14 set for hearing on April 7, 2011 at 1:00 p.m.

15     J.   The Relief from Stay Hearing and the hearings on the

16 Supplemental Cash Collateral Motion and Disclosure Statement

17 have since been continued, pursuant to a stipulation dated April

18 5, 2011, and are currently scheduled to be held on April 26,

19 2011 at 9:30 a.m.

20     K.   The parties are continuing the process of documenting

21 a settlement agreement and preparing a motion for the Court's

22 approval   of   the   agreement.   In   order   to   allow   for   the

23 documentation to proceed, the Debtor and the Lender have since

24 agreed to enter into this Stipulation to provide for a further

25 continuation of the hearings with respect to the Relief from

26 Stay Motion, the Supplemental Cash Collateral Motion and the

27 Disclosure Statement.

28

3

4712

1    **STIPULATION**

2        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS

3    FOLLOWS:

4        The Relief from Stay Hearing and the hearing on the

5    Supplemental Cash Collateral Motion and Disclosure Statement are

6    continued until May 2, 2011 at 10:00 a.m.

7

8    Dated: April 25, 2011          LEVENE, NEALE, BENDER, YOO
                                     & BRILL L.L.P.
9

10

11                                  By: */s/   Ron Bender*
                                         RON BENDER
12                                       BETH ANN R. YOUNG
                                         GWENDOLEN D. LONG
13                                       Attorneys for Chapter 11
                                         Debtor and Debtor in
14                                       Possession Krystal Air, LLC

15
     Agreed:
16
17   Dated: April 25, 2011          LEVY, SMALL & LALLAS

18

19                                  By: */s/   Leo Plotkin*
                                         LEO D. PLOTKIN
20                                       Attorneys for the Lender

21

22

23

24

25

26

27

28

                                      4

     4712

| In re: | **CHAPTER 11** |
| **KRYSTAL AIR, LLC,** | |
| Debtor(s). | **CASE NO 1:10-bk-23983-MT** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **STIPULATION CONTINUING HEARING RE: MOTION FOR RELIEF FROM STAY AND SUPPLEMENTAL CASH COLLATERAL MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 25, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Ron Bender    rb@lnbrb.com
- Katherine Bunker    kate.bunker@usdoj.gov
- Michael Garabed    mgarabed@reedsmith.com, egallagher@reedsmith.com
- Eric H Geffner    egeffner@lsl-la.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- Christopher O Rivas    crivas@reedsmith.com
- Thomas E Shuck    malvarado@pmcos.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 25, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service by U.S. Mail
Levy, Small & Lallas
Counsel to GE Capital
815 Moraga Drive
Los Angeles, CA 90049
Attn: Leo D. Plotkin, Esq.

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 25, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

5

4712

1

***Served by Personal Delivery via Attorney Service***
Hon. Maureen A. Tighe

2 United States Bankruptcy Court
Courtroom 302

3 21041 Burbank Boulevard
Woodland Hills, CA 91367

4

5 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct

6

7

| April 25, 2011 | TRISH MELENDEZ | |
|---|---|---|
| Date | Type Name | Signature |

THIS FORM IS MANDATORY. IT HAS BEEN APPROVED FOR USE BY THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.

8

*JANUARY 2009*                                                          **F 9013-3.1**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4712