RON BENDER (SBN 143364)
GWENDOLEN D. LONG (CA admission pending)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com, gdl@lnbyb.com

Attorneys for Chapter 11 Debtor
And Debtor in Possession

FILED & ENTERED

MAY 02 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(SAN FERNANDO VALLEY DIVISION)

| | |
|---|---|
| In re: | ) Case No. 1:10-bk-23983-MT |
| | ) |
| KRYSTAL AIR, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) ORDER APPROVING CONDITIONAL |
| | ) DISMISSAL OF DEBTOR'S CHAPTER |
| | ) 11 BANKRUPTCY CASE |
| | ) |
| | ) Date:    May 2, 2011 |
| | ) Time:    10:00 a.m. |
| | ) Place:   Courtroom "302" |
| | )          21041 Burbank Blvd. |
| | )          Woodland Hills, CA |
| | ) |
| | ) |

1

1

2       The Court, having considered the Motion (the "Motion")

3  filed by Krystal Air, LLC, the Chapter 11 debtor and debtor in

4  possession in the above-captioned case (the "Debtor"), for

5  approval of a Settlement Agreement (the "Settlement Agreement")

6  entered into by the Debtor with the various "Lender Parties" (as

7  defined in the Settlement Agreement) and the Supplement to the

8  Motion (the "Supplement") filed by the Debtor (with the Motion

9  and the Supplement together being defined herein as the

10 "Conditional Dismissal Motion"), and having found notice of the

11 Conditional Dismissal Motion and the hearing thereon to be

12 sufficient and appropriate under the circumstances, and no party

13

14 having filed any opposition to the Conditional Dismissal Motion

15 or having appeared at the hearing on the Conditional Dismissal

16 Motion asserting any opposition to the Conditional Dismissal

17 Motion, and good cause appearing,

18
        IT IS HEREBY ORDERED AS FOLLOWS:
19
        (1)  the Conditional Dismissal Motion is hereby granted;
20
        (2)  upon the Court's receipt of a written notice from the
21

22 Debtor that (i) the $9.5 million remaining unpaid portion of the

23 Settlement Amount as well as any required Adequate Protection

24 Payments (both as defined in the Settlement Agreement) were paid

25 to the Lender Parties on or before the July 31, 2011 Release

26 Payment Date (as defined in the Settlement Agreement); (ii)

27 payment of all outstanding quarterly fees owing to the United

28

States Trustee have been paid; and (iii) payment of the total additional sum of $125,000 has been paid to the Debtor's bankruptcy counsel, Levene, Neale, Bender, Yoo & Brill L.L.P., the Court shall enter an order dismissing the Debtor's Chapter 11 bankruptcy case.

IT IS SO ORDERED.

###

DATED: May 2, 2011

_____

United States Bankruptcy Judge

| In re: | CHAPTER 11 |
|---|---|
| **KRYSTAL AIR, LLC,** Debtor(s). | CASE NO 1:10-bk-23983-MT |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as:  **ORDER APPROVING CONDITIONAL DISMISSAL OF DEBTOR'S CHAPTER 11 BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

*N/A*

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 2, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| | |
|---|---|
| ***BY OVERNIGHT MAIL***<br>Hon. Maureen A. Tighe<br>U. S. Bankruptcy Court<br>San Fernando Valley Division<br>21041 Burbank Blvd., Suite 325<br>Woodland Hills, CA  91367 | |

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 2, 2011 | Stephanie Reichert | /s/  Stephanie Reichert |
|---|---|---|
| Date | Type Name | Signature |

4

| In re: | CHAPTER 11 |
|---|---|
| KRYSTAL AIR, LLC, Debtor(s). | CASE NO 1:10-bk-23983-MT |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER APPROVING CONDITIONAL DISMISSAL OF DEBTOR'S CHAPTER 11 BANKRUPTCY CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of **May 2, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Ron Bender     rb@lnbrb.com
- Katherine Bunker     kate.bunker@usdoj.gov
- Michael Garabed     mgarabed@reedsmith.com, egallagher@reedsmith.com
- Eric H Geffner     egeffner@lsl-la.com
- Leo D Plotkin     lplotkin@lsl-la.com, dsmall@lsl-la.com
- Christopher O Rivas     crivas@reedsmith.com
- Thomas E Shuck     malvarado@pmcos.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*None,*

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

*None.*